IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Stephen L. Price<br>    Debtor | CASE NO. 02-30767 WRS |
| Susan S. DePaola, Trustee<br>    Plaintiff | |
| vs. | |
| Stephen L. Price<br>Starla Watson Price Frazier<br>    Defendants | ADV NO. 05-03063 WRS |
| Starla Frazer<br>    Counter-Claimant | |
| vs. | |
| Baddley & Mauro, LLC<br>Thomas E. Baddley<br>Susan S. DePaola, Trustee<br>    Counter-Defendants | |
| Starla Watson Price Frazier<br>    Cross-Claimant | |
| vs. | |
| Stephen L. Price<br>    Cross-Defendant | |

RECEIVED
2006 MAY 12 P 3: 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CLERK'S CERTIFICATE

    I, Rhonda King, Deputy Clerk of the United States Bankruptcy Court for the Middle District of Alabama, do hereby certify that the documents herein comprise the record on motion to withdraw reference :

**1) Motion to withdraw the reference**

    In witness Whereof, I have hereunto subscribe my name and affixed the seal of said court at Montgomery in said district on this 12th day of May, 2006.

ATTEST I hereby certify that this is a true and correct copy of such original as it appears of record and on file in my office.
Certified this ___ day of May, 2006
U.S. BANKRUPTCY COURT
BY: _____
    Deputy Clerk

RICHARD S. ODA, CLERK
UNITED STATES BANKRUPTCY COURT

/s Richard S. Oda

Deputy Clerk
Rhonda King
(334) 954-3855