ToDistrict

# U.S. Bankruptcy Court
## Middle District of Alabama (Montgomery)
### Adversary Proceeding #: 05-03063

*Assigned to:* William R. Sawyer
*Related BK Case:* 02-30767
*Related BK Title:* Stephen L. Price
*Demand:*
*Nature of Suit:* 454

*Date Filed:* 08/12/05

**Plaintiff**

-----------------------

| | | |
|---|---|---|
| **Susan S. DePaola, Trustee**<br>1726 West Second Street<br>Suite B<br>Montgomery, AL 36106<br>334-262-1600 | represented by | **James L. Day**<br>Memory & Day<br>P.O. Box 4054<br>Montgomery, AL 36103-4054<br>334 834-8000<br>Fax : 334 834-8001<br>Email: jlday@memorylegal.com<br><br>**Von G. Memory**<br>Memory & Day<br>P. O. Box 4054<br>469 S.McDonough St.<br>Montgomery, AL 36101<br>334-834-8000<br>Fax : 334-834-8001<br>Email: vgmemory@memorylegal.com<br><br>**William D. Azar**<br>Memory & Day<br>PO Box 4054<br>Montgomery, AL 36104<br>334-834-8000<br>Fax : 334-834-8001<br>Email: wdazar@memorylegal.com |

V.

**Defendant**

-----------------------

| | | |
|---|---|---|
| **Stephen L. Price**<br>2252 Country Club Dr.<br>Montgomery, AL 36101 | represented by | **Britt-AM Griggs**<br>Parnell and Crum, P.A.<br>P.O. Box 2180<br>Montgomery, AL 36102-2189 |

|  |  |
|---|---|
|  | 334-832-4200<br>Email: bkrp@parnellcrum.com<br><br>**Charles N. Parnell, III**<br>Parnell & Crum, P.A.<br>P. O. Box 2189<br>Montgomery, AL 36102<br>334 832-4200<br>Email: bkrp@parnellcrum.com<br>*LEAD ATTORNEY* |
| **Starla Watson Price Frazier**<br>C/o David Anderson<br>Walston, Wells, Anderson & Bains, LLP<br>P. O. Box 830642<br>Birmingham, AL 35283-0642 | represented by **David B. Anderson**<br>Waller Lansden Dortch & Davis, LLC<br>1901 Sixth Avenue North, Ste 1900<br>Birmingham, AL 35203<br>205-214-6380<br>Fax : 205-214-8787<br>Email: david.anderson@wallerlaw.com<br>*LEAD ATTORNEY*<br><br>**Deanna L. Weidner**<br>Waller,Lansden,Dortch & Davis, LLP<br>AmSouth-Harbert Plaza, Suite 1400<br>1901 6th Avenue North<br>Birmingham, AL 35203<br>205-214-6380<br>Fax : 205-214-8787<br>Email: deanna.weidner@wallerlaw.com |

**Counter-Claimant**
-----------------------

| | |
|---|---|
| **Starla Frazer**<br>Waller Lansden Dortch & Davis, LLP<br>1901 Sixth Avenue North<br>Suite 1400<br>Birmingham, AL 35203 | represented by<br><br>**David B. Anderson**<br>(See above for address)<br><br>**Deanna L. Weidner**<br>(See above for address) |

V.

**Counter-Defendant**
-----------------------

| | |
|---|---|
| **Baddley & Mauro, LLC**<br>c/o Andre' M. Toffel, Esquire<br>1929 3rd Ave North<br>Suite 400<br>Birmingham, AL 35203 | represented by **Andre M. Toffel**<br>Toffel & Altmann, P.C.<br>1929 3rd Avenue North<br>Birmingham, AL 35203<br>205-252-7115 |

Fax : 205-252-0181
Email: atoffel@wwisp.com

**Thomas E. Baddley**  represented by
Baddley & Mauro
2545 Highland Ave., Suite 201    **Andre M. Toffel**
Birmingham, AL 35205-0000    (See above for address)

**Susan S. DePaola, Trustee**  represented by
1726 West Second Street
Suite B    **Von G. Memory**
Montgomery, AL 36106    (See above for address)
334-262-1600

**Cross-Claimant**
-----------------------

**Starla Watson Price Frazier**  represented by
C/o David Anderson
Walston, Wells, Anderson & Bains, LLP    **David B. Anderson**
P. O. Box 830642    (See above for address)
Birmingham, AL 35283-0642

V.

**Cross Defendant**
-----------------------

**Stephen L. Price**  represented by  **Charles-AM Parnell**
P.O. BOX 241806    Parnell & Crum, P.A.
MONTGOMERY, AL 36124    P.O. Box 2189
SSN: xxx-xx-8848    Montgomery, AL 36102
  832-4200
  Email: bkrp@parnellcrum.com

**There are proceedings for case 05-03063 but none satisfy the selection criteria.**

| PACER Service Center |

| | Transaction Receipt | | |
|---|---|---|---|
| | 05/15/2006 10:23:46 | | |
| **PACER Login:** | us4894 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 05-03063 Fil or Ent: Fil From: 1/1/2005 To: 1/1/2005 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |