IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHEN L. PRICE, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| SUSAN S. DEPAOLA, | ) | |
|    TRUSTEE, | ) | |
| | ) | |
|    Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 2:06mc3317-MHT |
|    v. | ) | (WO) |
| | ) | |
| STEPHEN L. PRICE, and | ) | |
| STARLA WATSON PRICE | ) | |
| FRAZIER, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

It is ORDERED that defendant Starla Watson Price Frazier's motion to withdraw reference and transfer to district court (Doc. No. 2) is set for an on-the-record scheduling conference on May 24, 2006, at 8:30 a.m. Counsel for defendant Starla Watson Price Frazier are to arrange for the conference to be conducted by telephone.

DONE, this the 22nd day of May, 2006.

                                           /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE