# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   May 24, 2006              AT  8:37   A.M./P.M.

DATE COMPLETED   May 24, 2006              AT  8:52   A.M./P.M.

SUSAN S. DEPAOLA                           Civil Action
      plaintiff                            2:06-mc-3317-MHT

      VS.

STEPHEN L. PRICE et al.
      defendant

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Von George Memory | X | Atty David B. Anderson |
| | X | Atty Andre M. Toffel |
| | X | Atty Charles N. Parnell III |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Nicole Birch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:    TELEPHONE SCHEDULING CONFERENCE
                         RE: MOTION TO WITHDRAW REFERENCE

| | |
|---|---|
| 8:37 a.m. | Conference convenes re: Motion to Withdraw Reference (dn 2).  Parties' oral representation regarding status of case.  Court directs the defendant to file a supplemental brief by May 30, trustee reply due by June 13 and defendant response to reply is due by June 20.  Order to issue setting briefing schedule.  Court directs that any request for a evidentiary hearing be done in bold writing when filed. |
| 8:52 a.m. | Conference concluded. |