IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHEN L. PRICE, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| SUSAN S. DePAOLA, | ) | |
| Trustee, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06mc3317-MHT |
| | ) | |
| STEPHEN L. PRICE and | ) | |
| STARLA WATSON PRICE | ) | |
| FRAZER, | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| BADDLEY & AURO, LLC, | ) | |
| and THOMAS E. BADDLEY, | ) | |
| | ) | |
|    Counter-Defendants. | ) | |

ORDER

Based upon the representations made at an on-the-record conference on May 24, 2006, it is ORDERED as follows:

(1) The docket sheet in this case should be amended

to reflect that defendant Starla Watson Price Frazer's last name is "Frazer," not "Frazier."

(2) Defendant Frazer's motion to withdraw reference and transfer to district court (doc. no. 2) is set for submission, without oral argument, on June 20, 2006.

(3) Defendant Frazer is to file a supplemental brief by May 30, 2006.

(4) Trustee Susan S. DePaola is to file a brief by June 13, 2006.

(5) Defendant Frazer may file a reply by June 20, 2006.

DONE, this the 25th day of May, 2006.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE