IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **SUSAN SHIROCK DEPAOLA, IN HER OFFICIAL CAPACITY OF TRUSTEE FOR THE BANKRUPTCY ESTATE OF STEVEN L. PRICE,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**STEPHEN L. PRICE and STARLA WATSON PRICE FRAZER,**<br><br>      **Defendants.**<br><br>V.<br><br>**BADDLEY & AURO, LLC, and THOMAS E. BADDLEY, SUSAN S. DePAOLA,**<br><br>      **Counter Defendants.** | Case No 06-03317-MHT |

EVIDENTIARY SUBMISSION

The Plaintiff, Susan S. DePaola does not intend to make or offer an evidentiary submission incident to her brief which will be submitted in opposition to the motion of Starla Price Frazer to withdraw the reference. However, the referenced brief will contain a summary of the facts or proffer of evidence that is anticipated on the part of the Plaintiff. The Plaintiff reserves the right to make an evidentiary submission if a similar submission is offered by one or all of the other parties.

Respectfully submitted on this the 30th day of May 2006.

                                                                                    Memory & Day

By: /S/ James L. Day
James L. Day
ASB-1256-A55J

Von G. Memory
ASB-8137-071V

Attorneys for Susan S. DePaola

OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☒ placing same in the United States Mail, postage prepaid, and properly addressed

☐ facsimile

☐ hand delivery

☐ delivered in open court

on May 30, 2006.

David B. Anderson, Esq.
Waller Lansden Dortch & Davis, LLC
AmSouth Harbert Plaza, Suite 1900
Birmingham, AL 35203

Deanna L. Weidner, Esq.
Waller Landsden Dortch & Davis, LLP
1901 6th Avenue North
Suite 1400
Birmingham, AL 35203

Charles Nichols Parnell, III, Esq.
Parnell & Crum, PA

PO Box 2189
Montgomery, AL 36102-2189

Andre M. Toffel, Esq.
Andre' M. Toffel, P. C.
1929 Third Avenue North, Suite 400
Birmingham, AL 35203

/S/ James L. Day