## APPENDIX
## INDEX

App. 1      **Pleadings**

| | |
|---|---|
| Exh. A | Frazer Motion for Summary Judgment |
| Exh. B | Trustee AP |
| Exh. C | Price Schedules and Statement of Financial Affairs |
| Exh. D | Docket Sheet |
| Exh. E | Motion for Relief from Automatic Stay, and Memorandum in Support Thereof |
| Exh. F | Frazer Motion to Dismiss |
| Exh. G | Trustee Opposition to Frazer Motion to Dismiss |
| Exh. H | Memorandum Opinion dated October 14, 2005 |
| Exh. I | Frazer Motion for Summary Judgment Based Upon Statute of Limitations |
| Exh. J | Trustee Opposition to Frazer Motion for Summary Judgment Based Upon Statute of Limitations |
| Exh. K | Memorandum Opinion |
| Exh. L | Amended Trustee AP |
| Exh. M | Frazer Answer, Counterclaim and Crossclaim |
| Exh. N | April 11, 2006 Order |
| Exh. O | Frazer Amended Answer Counterclaims and Crossclaim |
| Exh. P | Frazer Response to April 11, 2006 Order |
| Exh. Q | Scheduling Order |
| Exh. R | Price Bankruptcy Docket Sheet |

3720.2

| | | |
|---|---|---|
| App. 2 | **Frazer Affidavit** | |
| | Exh. A | Forged Guaranty |
| | Exh. B | Forged Trans Lease, Inc. Leases |
| | Exh. C | Marital Settlement Agreement |
| | Exh. D | Divorce Order dated 8/8/2001 |
| | Exh. E | Tiffin Complaint |
| | Exh. F | Tiffin stock Certificate |
| | Exh. G | Trustee's letter to William Hibbard |
| | Exh. H | April 1, 2004 letter to Baddley re possession of Tiffin Stock Certificate |
| | Exh. I | Lost Stock Affidavit and Assignment of Stock |
| | Exh. J | Modification to Divorce Order dated 4/17/2003 |

3720.2