IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| STEPHEN L. PRICE, ) | |
| ) | |
|    Debtor. ) | |
| ) | |
| SUSAN S. DePAOLA, ) | |
| Trustee, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06mc3317-MHT |
| ) | |
| STEPHEN L. PRICE and ) | |
| STARLA WATSON PRICE ) | |
| FRAZER, ) | |
| ) | |
|    Defendants. ) | |
| ) | |
|    v. ) | |
| ) | |
| BADDLEY & AURO, LLC, ) | |
| and THOMAS E. BADDLEY, ) | |
| ) | |
|    Counter-Defendants. ) | |

**ORDER**

It is ORDERED that the amended motion to withdraw reference and transfer (doc. no. 7) is set for briefing

and submission in accordance with the order entered on May 25, 2006 (doc. no. 5).

DONE, this the 1st day of June, 2006.


                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE