**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **SUSAN SHIROCK DEPAOLA, IN HER OFFICIAL CAPACITY OF TRUSTEE FOR THE BANKRUPTCY ESTATE OF STEVEN L. PRICE,**  **Plaintiff,**  **v.**  **STEPHEN L. PRICE and STARLA WATSON PRICE FRAZER,**  **Defendants.**  **V.**  **BADDLEY & AURO, LLC,and THOMAS E. BADDLEY, SUSAN S. DePAOLA,**  **Counter Defendants.** | **Case No 06-03317-MHT** |

**MOTION FOR LEAVE TO WITHDRAW DOCUMENT IMPROPERLY FILED**

COMES NOW Counsel for Susan DePaola, Trustee, and moves this honorable court for leave and order to withdraw the motion entitled "Motion for Agreed Order Allowing Counsel for Susan DePaola, Trustee, to File Brief in Response to Motion for Summary Judgment of Starla Watson Price Frazer by Friday, June 16, 2006",that was improperly filed in this court and should have in fact been filed with the office of the clerk in the United States Bankruptcy court for the Middle District of Alabama.

Respectfully submitted on this the 8th day of June 2006.

Memory & Day

By: /S/ Von G. Memory
Von G. Memory
ASB-8137-071V

James L. Day
ASB-1256-A55J

Attorneys for Susan S.
DePaola

OF COUNSEL

Memory & Day
Post Office Box 4054
Montgomery, Alabama 36103-4054
Tel (334) 834-8000
Fax (334) 834-8001

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document on the following, by:

☑ placing same in the United States Mail, postage prepaid, and properly addressed

☐ facsimile

☐ hand delivery

☐ delivered in open court

on June 8, 2006.

David B. Anderson, Esq.
Waller Lansden Dortch & Davis, LLC
AmSouth Harbert Plaza, Suite 1900
Birmingham, AL 35203

Deanna L. Weidner, Esq.
Waller Landsden Dortch & Davis, LLP
1901 6th Avenue North
Suite 1400
Birmingham, AL 35203

Charles Nichols Parnell, III, Esq.
Parnell & Crum, PA

PO Box 2189
Montgomery, AL 36102-2189

Andre M. Toffel, Esq.
Andre' M. Toffel, P. C.
1929 Third Avenue North, Suite 400
Birmingham, AL 35203

/S/ James L. Day