IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEPHEN L. PRICE, | ) | |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| SUSAN S. DePAOLA, | ) | |
| Trustee, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06mc3317-MHT |
| | ) | |
| STEPHEN L. PRICE and | ) | |
| STARLA WATSON PRICE | ) | |
| FRAZER, | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| BADDLEY & AURO, LLC, | ) | |
| and THOMAS E. BADDLEY, | ) | |
| | ) | |
|    Counter-Defendants. | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion for leave to withdraw (doc. no. 11) is granted.

(2) The motion to allow counsel to file brief (doc. no. 10) is withdrawn.

DONE, this the 9th day of June, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**