IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN SHIROCK DEPAOLA, ) | |
| IN HER OFFICIAL CAPACITY ) | Case No 06-03317-MHT |
| OF TRUSTEE FOR THE ) | |
| BANKRUPTCY ESTATE OF ) | |
| STEVEN L. PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEPHEN L. PRICE and STARLA ) | |
| WATSON PRICE FRAZER, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| v. ) | |
| ) | |
| BADDLEY & AURO, LLC, and THOMAS ) | |
| E. BADDLEY, SUSAN S. DEPAOLA, ) | |
| ) | |
| Counter Defendants. ) | |

### BADDLEY & MAURO, L.L.C.'S  RESPONSE

Comes now, Baddley & Mauro, LLC (hereinafter "Baddley"), by and through its attorney, and files this response to the pending Motion to Withdraw the Reference and states to wit:

1. Baddley takes no position as to the Motion to Withdraw the reference.

2. Baddley denies any and all statements contained within the Defendant Starla Watson Price Frazer's affidavit that would state, tend to state, aver, tend to aver or otherwise argue or infer that Baddley tried to buy, offered to buy and/or offered to purchase the stock from her at any time.  Baddley denies that Frazer requested to be added as a proper plaintiff in the state court litigation against Tiffin Motor Homes.

Baddley reserves any and all rights to refute any and all other statements made by Frazer should this Honorable Court grant Frazer's Motion to Withdraw the Reference.

Respectfully submitted this the 21th day of June, 2006.

/s/ André M. Toffel_____
André M. Toffel, as Attorney for the
Baddley & Mauro, LLC

OF COUNSEL:
ANDRÉ M. TOFFEL, P.C.
1929 3rd Avenue North, Suite 400
Birmingham, AL  35203
(205) 252-7115

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served on the following electronically and by placing a copy of same in the U.S. Mail, first-class postage prepaid and properly addressed on this the 21th day of June, 2006.

| | |
|---|---|
| Teresa R. Jacobs<br>US Bankruptcy Administrator<br>One Church Street<br>Montgomery, Alabama 36104 | David B. Anderson<br>AmSouth-Harbert Plaza, Ste 1900<br>1901 6th Ave North<br>Birmingham, Alabama 35203 |
| Susan S. DePaola<br>1726 West 2nd Street, Suite B<br>Montgomery, Alabama 36106 | Charles N. Parnell, III<br>P.O. Box 2189<br>Montgomery, Alabama 36102 |
| Von G. Memory<br>P.O. Box 4054<br>Montgomery, Alabama 36101 | |

/s/ André M. Toffel_____
Of Counsel