# EXHIBIT C

**Docket summary for the Tiffin litigation**



*alacourt.com's*

*Alabama SJIS Case Detail*

**Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS**

### Case

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 33 | Case Number | CV 2001 000223 00 | JID | SDH | Trial | J |
| Style | GRADY PRICE ET AL VS ROBERT A TIFFIN JR | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 08102001 | Track | |
| Amount | | Status | DISPOSED | Plaintiffs | 007 | Defendants | 007 |
| DJID | SDH | Court Action | W (DISM W/PREDJ) 01122005 | | | For | N |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

### Sections

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 03282002 | Que 1 | 001 | Time 1 | 0830 A | Description | HEAR HEARING |
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | 12202001 | Que 3 | 001 | Time 3 | 1030 A | Description | SCHC SCHEDULE CONFERENCE |
| Date 4 | 02072003 | Que 4 | 003 | Time 4 | 0830 A | Description | MOTD MOTION DOCKET |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | 04032003 | CRT | S | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | 05192003 | DTYP | D |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

### Party 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | PRICE GRADY | | | Type | INDIVIDUAL |
| INDX | D TIFFIN ROBER | ANAM | | | | JID | SDH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 256 000 0000 |
| Atty 1 | BADDLEY THOMAS E JR | Atty 2 | MCDOWELL DANIEL G | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 002 | Name | PRICE STEPHEN | | | Type | INDIVIDUAL |
| INDX | D TIFFIN ROBER | ANAM | | | | JID | SDH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 256 000 0000 |
| Atty 1 | BADDLEY THOMAS E JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |

| Comment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party 3 | | | | | | | |
| Party | C 003 | Name | PAGE J M | | | Type | INDIVIDUAL |
| INDX | D TIFFIN ROBER | ANAM | | | | JID | SDH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 256 000 0000 |
| Atty 1 | BADDLEY THOMAS E JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| Party 4 | | | | | | | |
| Party | C 004 | Name | HARP DARRELL | | | Type | INDIVIDUAL |
| INDX | D TIFFIN ROBER | ANAM | | | | JID | SDH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 256 000 0000 |
| Atty 1 | BADDLEY THOMAS E JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| Party 5 | | | | | | | |
| Party | C 005 | Name | DEATON DAVID D | | | Type | INDIVIDUAL |
| INDX | D TIFFIN ROBER | ANAM | | | | JID | SDH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 256 000 0000 |
| Atty 1 | BADDLEY THOMAS E JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| Party 6 | | | | | | | |
| Party | C 006 | Name | DEATON KATHRYN B | | | Type | INDIVIDUAL |
| INDX | D TIFFIN ROBER | ANAM | | | | JID | SDH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 256 000 0000 |
| Atty 1 | BADDLEY THOMAS E JR | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |

| Answer   |                          | Type       |                         | NS Not   |   | NA Not    |              |
|----------|--------------------------|------------|-------------------------|----------|---|-----------|--------------|
| Warrant  |                          | Type       |                         | Arrest   |   |           |              |
| CACT     | W (DISM W/PREDJ)         | Date       | 01122005                | For      | N | Exep      | O            |
| AMT      |                          | Cost       |                         | Other    |   | Satisfied |              |
| Comment  |                          |            |                         |          |   |           |              |

Party 7

| Party    | C 007                    | Name       | VINCENT ANN             |          |   | Type      | INDIVIDUAL   |
|----------|--------------------------|------------|-------------------------|----------|---|-----------|--------------|
| INDX     | D TIFFIN ROBER           | ANAM       |                         |          |   | JID       | SDH          |
| SSN      |                          | Address 1  |                         |          |   | Sex       |              |
| DOB      |                          | Address 2  |                         |          |   | Race      |              |
| Country  | US                       | City       | AL 00000 0000           |          |   | Phone     | 256 000 0000 |
| Atty 1   | BADDLEY THOMAS E JR      | Atty 2     |                         | Atty 3   |   | Atty 4    |              |
| Atty 5   |                          | Atty 6     |                         |          |   |           |              |
| Issued   |                          | Type       |                         | Reissue  |   | Type      |              |
| Return   |                          | Type       |                         | Return   |   | Type      |              |
| Service  |                          | Type       |                         | Serv On  |   | By        |              |
| Answer   |                          | Type       |                         | NS Not   |   | NA Not    |              |
| Warrant  |                          | Type       |                         | Arrest   |   |           |              |
| CACT     | W (DISM W/PREDJ)         | Date       | 01122005                | For      | N | Exep      | O            |
| AMT      |                          | Cost       |                         | Other    |   | Satisfied |              |
| Comment  |                          |            |                         |          |   |           |              |

Party 8

| Party    | D 001                    | Name       | TIFFIN ROBERT A JR      |          |   | Type      | INDIVIDUAL   |
|----------|--------------------------|------------|-------------------------|----------|---|-----------|--------------|
| INDX     |                          | ANAM       |                         |          |   | JID       | SDH          |
| SSN      |                          | Address 1  | C/O TIFFIN MOTOR HOMES IN |        |   | Sex       |              |
| DOB      |                          | Address 2  | 502 4TH ST NW           |          |   | Race      |              |
| Country  | US                       | City       | RED BAY AL 35582 0000   |          |   | Phone     | 256 000 0000 |
| Atty 1   | REEVES C LEE             | Atty 2     | RAMEY SHAUN KEVIN       | Atty 3   |   | Atty 4    |              |
| Atty 5   |                          | Atty 6     |                         |          |   |           |              |
| Issued   | 08102001                 | Type       | C CERTIFIED MAI         | Reissue  |   | Type      |              |
| Return   |                          | Type       |                         | Return   |   | Type      |              |
| Service  | 08132001                 | Type       | C CERTIFIED MAI         | Serv On  |   | By        |              |
| Answer   | 01022002                 | Type       | D COMP DENIED           | NS Not   |   | NA Not    | 10182001     |
| Warrant  |                          | Type       |                         | Arrest   |   |           |              |
| CACT     | W (DISM W/PREDJ)         | Date       | 01122005                | For      | N | Exep      | O            |
| AMT      |                          | Cost       |                         | Other    |   | Satisfied |              |
| Comment  |                          |            |                         |          |   |           |              |

Party 9

| Party    | D 002                    | Name       | TIFFIN MOTOR HOMES INC  |          |   | Type      | BUSINESS     |
|----------|--------------------------|------------|-------------------------|----------|---|-----------|--------------|
| INDX     | C PRICE GRADY            | ANAM       |                         |          |   | JID       | SDH          |
| SSN      |                          | Address 1  | C/O AGENT ROBERT TIFFIN |          |   | Sex       |              |
| DOB      |                          | Address 2  | 502 4TH ST NW           |          |   | Race      |              |
| Country  | US                       | City       | RED BAY AL 35582 0000   |          |   | Phone     | 256 000 0000 |
| Atty 1   | BOWLING JEFFREY LOWE     | Atty 2     |                         | Atty 3   |   | Atty 4    |              |
| Atty 5   |                          | Atty 6     |                         |          |   |           |              |
| Issued   | 08102001                 | Type       | C CERTIFIED MAI         | Reissue  |   | Type      |              |
| Return   |                          | Type       |                         | Return   |   | Type      |              |
| Service  | 08132001                 | Type       | C CERTIFIED MAI         | Serv On  |   | By        |              |
| Answer   | 01022002                 | Type       | D COMP DENIED           | NS Not   |   | NA Not    | 10182001     |
| Warrant  |                          | Type       |                         | Arrest   |   |           |              |
| CACT     | W (DISM W/PREDJ)         | Date       | 01122005                | For      | N | Exep      | O            |
| AMT      |                          | Cost       |                         | Other    |   | Satisfied |              |
| Comment  |                          |            |                         |          |   |           |              |

Party 10

| Party    | D 003                    | Name       | TIFFIN DAVID            |          |   | Type      | BUSINESS     |
|----------|--------------------------|------------|-------------------------|----------|---|-----------|--------------|
| INDX     | C PRICE GRADY            | ANAM       |                         |          |   | JID       | SDH          |
| SSN      |                          | Address 1  | 1400 COUNTRY CLUB LANE  |          |   | Sex       |              |
| DOB      |                          | Address 2  |                         |          |   | Race      |              |
| Country  | US                       | City       | RED BAY AL 35582 0000   |          |   | Phone     | 256 000 0000 |

| Atty 1 | REEVES C LEE | Atty 2 | RAMEY SHAUN KEVIN | Atty 3 | | Atty 4 | |
|---|---|---|---|---|---|---|---|
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08102001 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 08132001 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 01022002 | Type | D COMP DENIED | NS Not | | NA Not | 10182001 |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Party 11

| Party | D 004 | Name | TIFFIN ALEX B | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C PRICE GRADY | ANAM | | | | JID | SDH |
| SSN | | Address 1 | 800 WALDREP DRIVE | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | RED BAY AL 35582 0000 | | | Phone | 256 000 0000 |
| Atty 1 | REEVES C LEE | Atty 2 | RAMEY SHAUN KEVIN | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08102001 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 08142001 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 01022002 | Type | D COMP DENIED | NS Not | | NA Not | 10182001 |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Party 12

| Party | D 005 | Name | TIFFIN VAN L | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C PRICE GRADY | ANAM | | | | JID | SDH |
| SSN | | Address 1 | C/O TIFFIN MOTOR HOMES | | | Sex | |
| DOB | | Address 2 | 502 4TH ST NW | | | Race | |
| Country | US | City | RED BAY AL 35582 0000 | | | Phone | 256 000 0000 |
| Atty 1 | REEVES C LEE | Atty 2 | RAMEY SHAUN KEVIN | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08102001 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 08132001 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 01022002 | Type | D COMP DENIED | NS Not | | NA Not | 10182001 |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Party 13

| Party | D 006 | Name | TIFFIN JUDY | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C PRICE GRADY | ANAM | | | | JID | SDH |
| SSN | | Address 1 | C/O TIFFIN MOTOR HOMES | | | Sex | |
| DOB | | Address 2 | 502 4TH ST NW | | | Race | |
| Country | US | City | RED BAY AL 35582 0000 | | | Phone | 256 000 0000 |
| Atty 1 | REEVES C LEE | Atty 2 | RAMEY SHAUN KEVIN | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08102001 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 08132001 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 01022002 | Type | D COMP DENIED | NS Not | | NA Not | 10182001 |
| Warrant | | Type | | Arrest | | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Party 14

| Party | D 007 | Name | TIFFIN TIMOTHY R | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|
| INDX | C PRICE GRADY | ANAM | | | JID | SDH |
| SSN | | Address 1 | C/O TIFFIN MOTOR HOMES | | Sex | |
| DOB | | Address 2 | 502 4TH ST NW | | Race | |
| Country | US | City | RED BAY AL 35582 0000 | | Phone | 256 000 0000 |
| Atty 1 | REEVES C LEE | Atty 2 | RAMEY SHAUN KEVIN | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 08102001 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 08132001 | Type | C CERTIFIED MAI | Serv On | By | |
| Answer | 01022002 | Type | D COMP DENIED | NS Not | NA Not | 10182001 |
| Warrant | | Type | | Arrest | | |
| CACT | W (DISM W/PREDJ) | Date | 01122005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | |

| Party | T 001 | Name | BADDLEY & MAURO LLC | | Type | BUSINESS |
|---|---|---|---|---|---|---|
| INDX | D TIFFIN ROBER | ANAM | | | JID | SDH |
| SSN | | Address 1 | 2545 HIGHLAND AVE | | Sex | |
| DOB | | Address 2 | SUITE 201 | | Race | |
| Country | US | City | BIRMINGHAM AL 35205 0000 | | Phone | 256 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08102001 | 1513 | FILE | FILED THIS DATE: 08/10/2001 (AV01) | MMC |
| 08102001 | 1513 | ASSJ | ASSIGNED TO JUDGE: SHARON D HINDMAN (AV01) | MMC |
| 08102001 | 1513 | TDMJ | JURY TRIAL REQUESTED (AV01) | MMC |
| 08102001 | 1513 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | MMC |
| 08102001 | 1513 | ORIG | ORIGIN: INITIAL FILING (AV01) | MMC |
| 08102001 | 1514 | PART | PRICE GRADY ADDED AS C001 (AV02) | MMC |
| 08102001 | 1514 | ATTY | LISTED AS ATTORNEY FOR C001: BADDLEY THOMAS E JR | MMC |
| 08102001 | 1514 | PART | PRICE STEPHEN ADDED AS C002 (AV02) | MMC |
| 08102001 | 1514 | ATTY | LISTED AS ATTORNEY FOR C002: BADDLEY THOMAS E JR | MMC |
| 08102001 | 1514 | PART | PAGE J M ADDED AS C003 (AV02) | MMC |
| 08102001 | 1514 | ATTY | LISTED AS ATTORNEY FOR C003: BADDLEY THOMAS E JR | MMC |
| 08102001 | 1514 | PART | HARP DARRELL ADDED AS C004 (AV02) | MMC |
| 08102001 | 1514 | ATTY | LISTED AS ATTORNEY FOR C004: BADDLEY THOMAS E JR | MMC |
| 08102001 | 1514 | PART | DEATON DAVID D ADDED AS C005 (AV02) | MMC |
| 08102001 | 1514 | ATTY | LISTED AS ATTORNEY FOR C005: BADDLEY THOMAS E JR | MMC |
| 08102001 | 1515 | PART | DEATON KATHRYN B ADDED AS C006 (AV02) | MMC |
| 08102001 | 1515 | ATTY | LISTED AS ATTORNEY FOR C006: BADDLEY THOMAS E JR | MMC |
| 08102001 | 1515 | PART | VINCENT ANN ADDED AS C007 (AV02) | MMC |
| 08102001 | 1515 | ATTY | LISTED AS ATTORNEY FOR C007: BADDLEY THOMAS E JR | MMC |
| 08102001 | 1515 | PART | TIFFIN ROBERT A JR ADDED AS D001 (AV02) | MMC |
| 08102001 | 1515 | SUMM | CERTIFIED MAI ISSUED: 08/10/2001 TO D001 (AV02) | MMC |
| 08102001 | 1517 | PART | TIFFIN MOTOR HOMES INC ADDED AS D002 (AV02) | MMC |
| 08102001 | 1517 | SUMM | CERTIFIED MAI ISSUED: 08/10/2001 TO D002 (AV02) | MMC |
| 08102001 | 1519 | PART | TIFFIN DAVID ADDED AS D003 (AV02) | MMC |
| 08102001 | 1519 | SUMM | CERTIFIED MAI ISSUED: 08/10/2001 TO D003 (AV02) | MMC |
| 08102001 | 1520 | PART | TIFFIN ALEX B ADDED AS D004 (AV02) | MMC |
| 08102001 | 1520 | SUMM | CERTIFIED MAI ISSUED: 08/10/2001 TO D004 (AV02) | MMC |

```
08102001 1520 PART  TIFFIN VAN L ADDED AS D005 (AV02)                    MMC
08102001 1520 SUMM  CERTIFIED MAI ISSUED: 08/10/2001 TO D005 (AV02)      MMC
08102001 1521 PART  TIFFIN JUDY ADDED AS D006 (AV02)                     MMC
08102001 1521 SUMM  CERTIFIED MAI ISSUED: 08/10/2001 TO D006 (AV02)      MMC
08102001 1522 PART  TIFFIN TIMOTHY R ADDED AS D007 (AV02)                MMC
08102001 1522 SUMM  CERTIFIED MAI ISSUED: 08/10/2001 TO D007 (AV02)      MMC
08142001 1129 SERC  SERVICE OF CERTIFIED MAI ON 08/13/2001 FOR D001      MMC
08142001 1130 SERC  SERVICE OF CERTIFIED MAI ON 08/13/2001 FOR D002      MMC
08142001 1130 SERC  SERVICE OF CERTIFIED MAI ON 08/13/2001 FOR D003      MMC
08142001 1130 SERC  SERVICE OF CERTIFIED MAI ON 08/13/2001 FOR D005      MMC
08142001 1131 SERC  SERVICE OF CERTIFIED MAI ON 08/13/2001 FOR D006      MMC
08142001 1131 SERC  SERVICE OF CERTIFIED MAI ON 08/13/2001 FOR D007      MMC
08152001 1150 SERC  SERVICE OF CERTIFIED MAI ON 08/14/2001 FOR D004      MMC
08312001 1118 TEXT  NOTICE OF SERVICE OF DISCOVERY                       MMC
09262001 1103 TEXT  SUPPLEMENTAL REQUEST FOR PRODUCTION TO TIFFIN        MMC
09262001 1103 TEXT  AMENDMENT TO COMPLAINT                               MMC
10182001 1342 NANO  NO ANSWER NOTICE SENT TO PLAINTIFF ATTORNEY          MMC
10182001 1342 NANO  NO ANSWER NOTICE SENT TO PLAINTIFF ATTORNEY          MMC
10182001 1342 NANO  NO ANSWER NOTICE SENT TO PLAINTIFF ATTORNEY          MMC
10182001 1342 NANO  NO ANSWER NOTICE SENT TO PLAINTIFF ATTORNEY          MMC
10182001 1343 NANO  NO ANSWER NOTICE SENT TO PLAINTIFF ATTORNEY          MMC
10182001 1343 NANO  NO ANSWER NOTICE SENT TO PLAINTIFF ATTORNEY          MMC
10182001 1343 NANO  NO ANSWER NOTICE SENT TO PLAINTIFF ATTORNEY          MMC
10222001 1522 ATTY  LISTED AS ATTORNEY FOR D001: REEVES C LEE (AV02)     MMC
10222001 1522 ATTY  LISTED AS ATTORNEY FOR D001: RAMEY SHAUN KEVIN       MMC
10222001 1522 ANSW  ANSWER OF MOTION DISMIS ON 10/22/2001 FOR D001       MMC
10222001 1523 ATTY  LISTED AS ATTORNEY FOR D002: REEVES C LEE (AV02)     MMC
10222001 1523 ATTY  LISTED AS ATTORNEY FOR D002: RAMEY SHAUN KEVIN       MMC
10222001 1523 ANSW  ANSWER OF MOTION DISMIS ON 10/22/2001 FOR D002       MMC
10222001 1523 ATTY  LISTED AS ATTORNEY FOR D003: REEVES C LEE (AV02)     MMC
10222001 1523 ANSW  ANSWER OF MOTION DISMIS ON 10/22/2001 FOR D003       MMC
10222001 1523 ATTY  LISTED AS ATTORNEY FOR D003: RAMEY SHAUN KEVIN       MMC
10222001 1523 ATTY  LISTED AS ATTORNEY FOR D004: REEVES C LEE (AV02)     MMC
10222001 1523 ATTY  LISTED AS ATTORNEY FOR D004: RAMEY SHAUN KEVIN       MMC
10222001 1523 ANSW  ANSWER OF MOTION DISMIS ON 10/22/2001 FOR D004       MMC
10222001 1524 ATTY  LISTED AS ATTORNEY FOR D005: REEVES C LEE (AV02)     MMC
10222001 1524 ATTY  LISTED AS ATTORNEY FOR D005: RAMEY SHAUN KEVIN       MMC
10222001 1524 ANSW  ANSWER OF MOTION DISMIS ON 10/22/2001 FOR D005       MMC
10222001 1524 ATTY  LISTED AS ATTORNEY FOR D006: REEVES C LEE (AV02)     MMC
10222001 1524 ATTY  LISTED AS ATTORNEY FOR D006: RAMEY SHAUN KEVIN       MMC
10222001 1524 ANSW  ANSWER OF MOTION DISMIS ON 10/22/2001 FOR D006       MMC
10222001 1524 ATTY  LISTED AS ATTORNEY FOR D007: REEVES C LEE (AV02)     MMC
10222001 1524 ANSW  ANSWER OF MOTION DISMIS ON 10/22/2001 FOR D007       MMC
10222001 1524 ATTY  LISTED AS ATTORNEY FOR D007: RAMEY SHAUN KEVIN       MMC
10252001 0836 TEXT  THE TIFFIN DEFENDANTS' MOTION FOR DISMISSAL          MMC
10252001 0836 TEXT  OR FOR ABATEMENT OR IN THE ALTERNATIVE, MOTION       MMC
10252001 0836 TEXT  FOR STAY OF THE PROCEEDINGS OR IN THE ALTERNATIVE    MMC
10252001 0836 TEXT  MOTION FOR ADDITIONAL TIME TO RESPOND TO THE         MMC
10252001 0836 TEXT  COMPLAINT AND TO DISCOVERY                           MMC
10252001 1505 TEXT  ORDER                                                MMC
10252001 1505 DAT3  SET FOR: SCHEDULE CONFERENCE ON 12/20/2001 AT 103    MMC
10262001 0825 ATTY  LISTED AS ATTORNEY FOR D002: BOWLING JEFFREY LOWE    MMC
10292001 1338 TEXT  ORDER                                                MMC
11022001 1126 TEXT  ORDER                                                MMC
11022001 1126 DAT4  SET FOR: MOTION DOCKET ON 11/19/2001 AT 1130A        MMC
11092001 1149 TEXT  NOTICE OF INTENT-15                                  MMC
11142001 1217 TEXT  RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION   MMC
```

| | | | | |
|---|---|---|---|---|
| 11142001 | 1217 | TEXT | AND MOTION TO DISMISS ABATE OR STAY | MMC |
| 11152001 | 1302 | DAT3 | SET FOR: SCHEDULE CONFERENCE ON 11/19/2001 AT 113 | MMC |
| 11192001 | 0929 | TEXT | REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTIO | MMC |
| 11192001 | 0929 | TEXT | FOR RECONSIDERATION | MMC |
| 11202001 | 0804 | TEXT | OBJECTION TO ISSUANCE OF SUBPOENA FOR PRODUCTION | MMC |
| 11202001 | 0804 | TEXT | OF DOCUMENTS SERVED ON DBS SALES INC, TRIPLE H | MMC |
| 11202001 | 0804 | TEXT | ELECTRONICS, TIFFIN ADVERTISING, D & D HARDWARE, | MMC |
| 11202001 | 0804 | TEXT | T & L BIT SHARPENING, VT&L DISTRIBUTION INC, | MMC |
| 11202001 | 0804 | TEXT | CAMPER'S CHOICE, DICKY H SPARKS PC, INTERNATIONAL | MMC |
| 11202001 | 0804 | TEXT | ALLEGRO FAMILY MOTOR HOME CLUB INC, HAYNES DOWNARD | MMC |
| 11202001 | 0804 | TEXT | ANDRA & JONES, TIFFIN SUPPLY CO, WYNNE ENTERPRISES | MMC |
| 11202001 | 0804 | TEXT | WATER-WAY INC, DRIVE-A-WAY INC, TIFFIN DOOR CO. | MMC |
| 11262001 | 1322 | DAT1 | SET FOR: HEARING ON 03/07/2002 AT 0830A (AV01) | MMC |
| 11262001 | 1322 | TEXT | ORDER | MMC |
| 11282001 | 0948 | TEXT | OBJECTION TO ISSUANCE OF SUBPOENAS-15 | MMC |
| 11282001 | 1420 | ATTY | LISTED AS ATTORNEY FOR C001: MCDOWELL DANIEL G | MMC |
| 11282001 | 1420 | TEXT | NOTICE OF APPEARANCE BY DANNY MCDOWELL FOR PLAIN. | MMC |
| 12182001 | 1012 | DAT3 | SET FOR: SCHEDULE CONFERENCE ON 12/20/2001 AT 103 | MMC |
| 01022002 | 1346 | ANSW | ANSWER OF COMP DENIED ON 01/02/2002 FOR D001(AV02) | MMC |
| 01022002 | 1346 | ANSW | ANSWER OF COMP DENIED ON 01/02/2002 FOR D003(AV02) | MMC |
| 01022002 | 1346 | ANSW | ANSWER OF COMP DENIED ON 01/02/2002 FOR D004(AV02) | MMC |
| 01022002 | 1346 | ANSW | ANSWER OF COMP DENIED ON 01/02/2002 FOR D005(AV02) | MMC |
| 01022002 | 1347 | ANSW | ANSWER OF COMP DENIED ON 01/02/2002 FOR D006(AV02) | MMC |
| 01022002 | 1348 | ANSW | ANSWER OF COMP DENIED ON 01/02/2002 FOR D007(AV02) | MMC |
| 01022002 | 1402 | ATTY | LISTED AS ATTORNEY FOR D002: BOWLING JEFFREY LOWE | MMC |
| 01022002 | 1402 | ANSW | ANSWER OF COMP DENIED ON 01/02/2002 FOR D002(AV02) | MMC |
| 01222002 | 1056 | TEXT | NOTICE OF SERVICE OF DISCOVERY-DEPO NOTICE | MMC |
| 01242002 | 1315 | TEXT | NOTICE OF DISCOVERY | MMC |
| 01312002 | 1005 | TEXT | OBJECTIONS TO NOTICES OF DEPOSITIONS AND REQUEST | MMC |
| 01312002 | 1005 | TEXT | FOR PRODUCTION SERVED ON TIFFIN DEFENDANTS | MMC |
| 02012002 | 1538 | TEXT | OBJECTIONS TO NOTICE OF DEPOSITION AND REQ FOR | MMC |
| 02012002 | 1538 | TEXT | PRODUCTION SERVED UPON TIFFIN MOTOR HOMES INC | MMC |
| 02082002 | 1440 | TEXT | INTERPLEADER AND DECLARATORY RELIEF | MMC |
| 02152002 | 1401 | TEXT | MOTION TO COMPEL-ATTY BADDLEY | RIK |
| 02152002 | 1401 | TEXT | MOTION TO COMPEL-ATTY BADDLEY | RIK |
| 02252002 | 0843 | TEXT | DEFENDANT TIFFIN MOTOR HOMES INC'S MOTION FOR | MMC |
| 02252002 | 0843 | TEXT | SUMMARY JUDGMENT ON PLAINTIFF'S DERIVATIVE CLAIMS | MMC |
| 02252002 | 1355 | TEXT | TIFFIN DEFENDANTS MOTION FOR SUMMARY JUDGMENT ON | MMC |
| 02252002 | 1355 | TEXT | THE PLAINTIFF'S DERIVATIVE CLAIMS | MMC |
| 02262002 | 1427 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 02262002 | 1427 | TEXT | ORDER | MMC |
| 02262002 | 1429 | DAT1 | SET FOR: HEARING ON 03/28/2002 AT 0830A (AV01) | MMC |
| 03042002 | 1528 | TEXT | SUBPOENA ISSUED TO TRIPLE H ELECTRONICS INC | MMC |
| 03052002 | 0853 | TEXT | SUBPOENA SERVED ON TRIPLE H ELECTRONICS INC | MMC |
| 03062002 | 1022 | TEXT | CONSENT PROTECTIVE ORDER | MMC |
| 03062002 | 1023 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 03062002 | 1102 | TEXT | MOTION TO CONTINUE DEFENDANT'S MOTION FOR SJ | MMC |
| 03062002 | 1102 | TEXT | PLAINTIFF'S MOTION TO STRIKE | MMC |
| 03112002 | 0910 | TEXT | NOTICE OF DISCOVERY, RESPONSE OF TIFFIN DEFENDANTS | MMC |
| 03112002 | 0910 | TEXT | TO PLAINTIFFS' MOT FOR CONTINUANCE OF THE DEF. MOT | MMC |
| 03112002 | 0910 | TEXT | FOR SJ ON THE PLAINTIFFS' DERIVATIVE CLAIMS, MOT | MMC |
| 03112002 | 0910 | TEXT | TO COMPEL | MMC |
| 03132002 | 1204 | TEXT | SUBPOENA ISSUED TO DONALD ANDRA | MMC |
| 03132002 | 1308 | TEXT | ORDER | MMC |
| 03132002 | 1316 | TEXT | SUBPOENA ISSUED TO RALPH SUMMERFORD | MMC |
| 03142002 | 1209 | TEXT | SUBPEONA SERVED ON RALPH SUMMERFORD | MMC |
| 03182002 | 1209 | TEXT | SUBPOENA SERVED ON DONALD ANDRA | MMC |

| Date | Time | Type | Description | Init |
|---|---|---|---|---|
| 03202002 | 1421 | TEXT | OBJECTION TO PLAINTIFF'S CIVIL SUBPOENA FOR PROD. | MMC |
| 03212002 | 1448 | TEXT | SUBPOENAS ISSUED TO DICKY SPARKS, ANDREW CAMPBELL, | MMC |
| 03212002 | 1448 | TEXT | WILLIAM BOULDIN | MMC |
| 03212002 | 1557 | TEXT | SUBPOENAS ISSUED TO GREG HUFFMAN, LOWELL FROST, | MMC |
| 03212002 | 1557 | TEXT | AND JAMES HUGHES | MMC |
| 03222002 | 0922 | TEXT | SUBPOENAS SERVED ON DAVID GOULD, HORACE STEPP | MMC |
| 03222002 | 1343 | TEXT | NOTICE OF FILING AFFIDAVIT OF HENRY H HUTCHINSON | MMC |
| 03222002 | 1344 | TEXT | SUBPOENAS ISSUED TO HORACE STEPP, DAVID GOULD | MMC |
| 03222002 | 1619 | TEXT | SUBPEONA SERVED ON LOWELL FROST | MMC |
| 03282002 | 1602 | TEXT | SUBPOENA RETURNED ON ANDREW CAMPBELL-REFUSED | MMC |
| 05072002 | 1104 | TEXT | NOTICE OF INTENT-2 | MMC |
| 05132002 | 1326 | TEXT | NOTICE OF DISCOVERY | MMC |
| 05172002 | 1400 | TEXT | SUBPOENA ISSUED TO ST PAUL MERCURY INS CO, MCGRIFF | MMC |
| 05172002 | 1400 | TEXT | SEIBELS & WILLIAMS | MMC |
| 05202002 | 0926 | TEXT | RESPONSE AND OBJECTION OF TIFFIN MOTOR HOMES INC | MMC |
| 05202002 | 0926 | TEXT | TO NOTICE OF INTENT-2 | MMC |
| 06052002 | 1333 | TEXT | PLAINTIFF'S RESPONSE TO TIFFINS' OBJECTIONS TO | MMC |
| 06052002 | 1333 | TEXT | SUBPOENAS | MMC |
| 06132002 | 1346 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 06132002 | 1410 | TEXT | ORDER GRANTING SUMMARY JUDGMENT AS TO THE | MMC |
| 06132002 | 1410 | TEXT | SHAREHOLDER'S DERIVATIVE CLAIMS | MMC |
| 06212002 | 1108 | TEXT | PETITION FOR ATTORNEY'S FEES | MMC |
| 06252002 | 1521 | DAT4 | SET FOR: MOTION DOCKET ON 08/05/2002 AT 0830A | MMC |
| 06252002 | 1526 | DESC | DATE 4 DESC CODE CHANGED TO MOTDMOTION DOCKET | MMC |
| 06252002 | 1526 | DOC4 | CASE SET ON 08/05/2002 FOR MOTD | MMC |
| 06252002 | 1526 | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | MMC |
| 06262002 | 1440 | TEXT | TIFFIN DEFENDANT'S SECOND REQ FOR PRODUCTION | MMC |
| 07122002 | 1101 | TEXT | MOTION TO ALTER AMEND OR VACATE | MMC |
| 07122002 | 1101 | TEXT | PLAINTIFF'S RENEWED MOTION TO COMPEL | MMC |
| 07122002 | 1354 | DESC | DATE 4 DESC CODE CHANGED TO MOTDMOTION DOCKET | MMC |
| 07122002 | 1354 | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | MMC |
| 07122002 | 1354 | DOC4 | CASE SET ON 08/05/2002 FOR MOTD | MMC |
| 07232002 | 1354 | TEXT | MOTION TO DISQUALIFY SIROTE & PERMUTT PC | MMC |
| 07232002 | 1355 | DESC | DATE 4 DESC CODE CHANGED TO MOTDMOTION DOCKET | MMC |
| 07232002 | 1355 | DOC4 | CASE SET ON 08/05/2002 FOR MOTD | MMC |
| 07232002 | 1355 | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | MMC |
| 07302002 | 1419 | TEXT | PLAINTIFFS' SUBMISSION IN SUPPORT OF PETITION | MMC |
| 07302002 | 1419 | TEXT | FOR ATTY'S FEES AND COSTS | MMC |
| 07312002 | 0817 | TEXT | MOTION FOR CONTINUANCE | MMC |
| 07312002 | 1326 | TEXT | RESPONSE AND OBJECTION OF TIFFIN DEFENDANTS TO | MMC |
| 07312002 | 1326 | TEXT | PLAINTIFFS' RENEWED MOTION TO COMPEL, RESPONSE | MMC |
| 07312002 | 1326 | TEXT | AND OBJECTION OF TIFFINS TO MOTION TO DISQUALIFY | MMC |
| 07312002 | 1326 | TEXT | THE TIFFINS RESPONSE TO MOTION TO ALTER, AMEND | MMC |
| 07312002 | 1326 | TEXT | OR VACATE, RESPONSE AND OBJECTION TO TIFFIN | MMC |
| 07312002 | 1326 | TEXT | TO PETITION FOR ATTY'S FEES, MOTION TO COMPEL | MMC |
| 07312002 | 1326 | TEXT | AND MOTION FOR CONTINUANCE | MMC |
| 08012002 | 1105 | TEXT | ORDER GRANTING MOT TO COMPEL & DENYING CONTINUANCE | MMC |
| 08012002 | 1202 | TEXT | NOTICE OF FILING AFFIDAVITS | MMC |
| 08012002 | 1527 | TEXT | AMENDED RESPONSE AND OBJECTIONS OF TIFFINS | MMC |
| 08012002 | 1527 | TEXT | TO PETITION FOR ATTYS FEES | MMC |
| 08022002 | 1341 | TEXT | RESPONSE AND OBJECTION OF TIFFIN MOTOR HOMES INC | MMC |
| 08022002 | 1341 | TEXT | TO PLAINTIFF'S RENEWED MOTION TO COMPEL | MMC |
| 08162002 | 1029 | TEXT | NOTICE OF SERVICE-ATTY REEVES | RIK |
| 08212002 | 1203 | TEXT | MOTION FOR LEAVE TO SUPPLEMENT | MMC |
| 08262002 | 0856 | TEXT | OBJECTION TO AND MOTION TO STRIKE THE SUMMARY | MMC |
| 08262002 | 0856 | TEXT | OF CORPORATE RECORDS THAT ARE NOT A PART OF THE | MMC |
| 08262002 | 0856 | TEXT | COURT RECORD | MMC |

| | | | | |
|---|---|---|---|---|
| 08262002 | 1124 | TEXT | NOTICE OF DEPOSITION AND REQ FOR PRODUCTION | MMC |
| 09182002 | 1221 | TEXT | NOTICE OF SERVICE OF DISCOVERY-(2ND SET OF INT | MMC |
| 09182002 | 1221 | TEXT | & REQ PROD) | MMC |
| 09252002 | 1320 | TEXT | SUBPOENA ISSUED ON HAYNES,DOWNARD,ANDRA & JONES, | RIK |
| 09252002 | 1320 | TEXT | DRIVE-A-WAY INC,WYNNE ENTERPRISES,WATER-WAY, | RIK |
| 09252002 | 1320 | TEXT | DICKY H SPARKS,TIFFIN ADVERTISING,VT&L DISTRIBUTIO | RIK |
| 09252002 | 1320 | TEXT | MCGRIFF,SEIBELS & WILLIAMS,CAMPERS CHOICE, | RIK |
| 09252002 | 1320 | TEXT | ST.PAUL MERCURY INSURANCE CO,T & L BIT SHARPENING, | RIK |
| 09252002 | 1320 | TEXT | INTERNATIONAL ALLEGRO FAMILY MOTOR HOME CLUB, | RIK |
| 09252002 | 1320 | TEXT | DBS SALES, D&D HARDWARE BUILDING SUPPLY,TIFFIN | RIK |
| 09252002 | 1320 | TEXT | DOOR CO., TRIPLE H ELECTRONICS,TIFFIN SUPPLY CO., | RIK |
| 09252002 | 1323 | TEXT | BY ATTY BADDLEY | RIK |
| 09272002 | 1435 | TEXT | CONSENT PROTECTIVE ORDER-COPY TO ALL ATTYS | RIK |
| 09272002 | 1435 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | RIK |
| 09302002 | 1256 | TEXT | SUBPOENA SERVED ON TIFFIN SUPPLY,CAMPERS CHOICE, | RIK |
| 09302002 | 1256 | TEXT | VT&L DISTRIBUTION,TRIPLE H ELECTRONICS,INTERNATION | RIK |
| 09302002 | 1257 | TEXT | ALLEGRO FAMILY MOTOR HOMES,DICKY SPARKS, | RIK |
| 09302002 | 1302 | TEXT | TIFFIN DOOR,TIFFIN ADVERTISING,WATER-WAY,DRIVE-A- | RIK |
| 09302002 | 1302 | TEXT | WAY,D&D HARWARE BUILDING SUPPLY,DBS SALES ON | RIK |
| 09302002 | 1302 | TEXT | 9/26/02 BY SHERIFF | RIK |
| 09302002 | 1303 | TEXT | SUBPONEA RETURNED ON T&L BIT SHARPENING/MOVED | RIK |
| 10012002 | 1530 | TEXT | SUBPOENA SERVED ON WYNNE ENTERPRISES INC | MMC |
| 10022002 | 1450 | TEXT | TIFFIN DEFENDANT'S MOTION TO COMPEL DEPOSITIONS | RIK |
| 10022002 | 1450 | TEXT | AND PRODUCTION OF DOCUMENTS-ATTY REEVES | RIK |
| 10032002 | 1553 | TEXT | MOTION TO INSPECT-ATTY BADDLEY | RIK |
| 10042002 | 1042 | TEXT | NOTICEOF DISCOVERY DOCUMENTS-ATTY BADDLEY | RIK |
| 10082002 | 1120 | TEXT | TIFFIN DEFENDANS OBJECTION TO SUBPOENAS TO | MMC |
| 10082002 | 1120 | TEXT | THIRD PARTIES AND MOTION FOR PROTECTIVE ORDER | MMC |
| 10092002 | 1459 | TEXT | NOTICE OF SERVICE OF DISCOVERY (AMENDED RESPONSES | MMC |
| 10092002 | 1459 | TEXT | AND OBJECTIONS TO FIRST INTERR & REQ PROD. TO | MMC |
| 10092002 | 1459 | TEXT | VAN TIFFIN) | MMC |
| 10092002 | 1504 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 10102002 | 1110 | TEXT | SUBPOENA SERVED ON MCGRIFF SEIBELS & WILLIAMS | MMC |
| 10142002 | 1110 | TEXT | SUBPOENA SERVED ON HAYNES, DOWNARD, ANDRA & JONES | MMC |
| 10152002 | 0853 | TEXT | OBJECTION AND RESPONSE TO MOTION TO INSPECT | MMC |
| 10162002 | 0914 | TEXT | MOTION TO QUASH SUBPOENA ON DICKY H SPARKS PC | MMC |
| 10162002 | 1047 | TEXT | MOTION TO QUASH SUBPOENA ON D & D HARDWARE, DRIVE- | MMC |
| 10162002 | 1047 | TEXT | A-WAY INC, TIFFIN ADVERTISING INC, TIFFIN DOOR CO, | MMC |
| 10162002 | 1047 | TEXT | V T & L DISTRIBUTION INC., TIFFIN SUPPLY CO, | MMC |
| 10162002 | 1047 | TEXT | CAMPERS' CHOICE, INC., WYNNE ENTERPRISES INC, | MMC |
| 10162002 | 1047 | TEXT | WATER-WAY INC | MMC |
| 10172002 | 1530 | TEXT | MOTION TO QUASH SUBPOENA ON TRIPLE H ELECTRONICS | MMC |
| 10232002 | 1042 | TEXT | MOTION FOR SANCTIONS | MMC |
| 10242002 | 1113 | TEXT | MOTION FOR RECONSIDERATION AND MOTION TO STAY ALL | MMC |
| 10242002 | 1113 | TEXT | PROCEEDINGS UNTIL THIS COURT RULED AND/OR THE | MMC |
| 10242002 | 1113 | TEXT | TIFFIN DEFENDANTS HAVE AN OPPORTUNITY TO OBTAIN | MMC |
| 10242002 | 1113 | TEXT | ADDITIONAL COUNSEL | MMC |
| 10242002 | 1543 | TEXT | JOINT MOTION FOR MEDIATION | MMC |
| 10282002 | 0833 | TEXT | ORDER FOR MEDIATION | MMC |
| 10282002 | 0833 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 10282002 | 0943 | TEXT | NOTICE OF SERVICE OF DISCOVERY-DEPO NOTICE | MMC |
| 10282002 | 0951 | TEXT | OBJECTION TO RULE 45 SUBPOENA ON MCGRIFF-SEIBELS | MMC |
| 10292002 | 1149 | TEXT | AMENDMENT TO MOTION FOR RECONSIDERATION AND MOTION | RIK |
| 10292002 | 1149 | TEXT | TO STAY ALL PROCEDDINGS UNTIL THIS COURT AND/OR | RIK |
| 10292002 | 1149 | TEXT | THE TIFFIN DEFENDANTS HAVE AN OPPORTUNITY TO | RIK |
| 10292002 | 1149 | TEXT | OBTAIN ADDITIONAL COUNSEL-ATTY REEVES | RIK |
| 11052002 | 1510 | TEXT | SPECIAL APPEARANCE AND OBJECTION TO NON-PARTY | MMC |

| Date | Time | Type | Description | Party |
|---|---|---|---|---|
| 11052002 | 1510 | TEXT | SUBPOENA BY JAMES A HARRIS JR | MMC |
| 12042002 | 1143 | TEXT | SUBPOENA RETURNED ON ST PAUL MERCURY INS CO-NO | MMC |
| 12042002 | 1143 | TEXT | LONGER IN BUSINESS | MMC |
| 12232002 | 1011 | TEXT | NOTICE OF SERVICE OF DISCOVERY BY BADDLEY(DEPO NOT | MMC |
| 12242002 | 1006 | TEXT | PLAINTIFFS' SUPPLEMENT TO ITS MOTION FOR SANCTIONS | MMC |
| 01062003 | 0933 | DAT4 | SET FOR: MOTION DOCKET ON 02/07/2003 AT 0830A | MMC |
| 01062003 | 0935 | DESC | DATE 4 DESC CODE CHANGED TO MOTDMOTION DOCKET | MMC |
| 01062003 | 0935 | DOCK | DOCKET NOTICE SENT TO ALL ATTORNEYS | MMC |
| 01062003 | 0935 | DOC4 | CASE SET ON 02/07/2003 FOR MOTD | MMC |
| 01062003 | 1404 | TEXT | MOTION TO STRIKE OR IN THE ALTERNATIVE RESPONSE | MMC |
| 01062003 | 1404 | TEXT | TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR SANCTIONS | MMC |
| 01082003 | 1552 | TEXT | PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR | MMC |
| 01082003 | 1552 | TEXT | RECONSIDERATION AND STAY OF PROCEEDINGS | MMC |
| 02132003 | 1206 | TEXT | AMENDMENT TO MOTION FOR RECONSIDERATION OF | MMC |
| 02132003 | 1206 | TEXT | DISQUALIFICATION OF SIROTE & PERMUTT PC AS COUNSEL | MMC |
| 02132003 | 1206 | TEXT | FOR THE TIFFIN DEFENDANTS | MMC |
| 02182003 | 1030 | TEXT | MOTION FOR FINAL JUDGMENT-ATTY BADDLEY | RIK |
| 02242003 | 0820 | TEXT | ORDER | MMC |
| 02242003 | 0820 | TEXT | ORDER | MMC |
| 02242003 | 0820 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 03142003 | 1023 | TEXT | NOTICE DOCKETING WRIT OF MANDAMUS IN SUPREME | MMC |
| 03142003 | 1023 | TEXT | COURT (1020898) | MMC |
| 03242003 | 1103 | TEXT | ORDER FROM SUPREME COURT STAYING CASE UNTIL | MMC |
| 03242003 | 1103 | TEXT | DISPOSITION OF WRIT OF MANDAMUS | MMC |
| 04112003 | 1429 | TEXT | COPY OF PETITIONERS' REPLY TO ANSWER AND BRIEF | MMC |
| 04112003 | 1429 | TEXT | RE: TIMELINESS OF PETITION FOR WRIT OF MANDAMUS | MMC |
| 04142003 | 1348 | TEXT | NOTICE DOCKETING APPEAL (1021109) | MMC |
| 04292003 | 0845 | TEXT | CERTIFICATE OF COMPLETION OF CLERK'S RECORD | MMC |
| 05192003 | 1214 | TEXT | ORDER FROM SUPREME COURT DISMISSING APPEAL AS | MMC |
| 05192003 | 1214 | TEXT | UNTIMELY FILED | MMC |
| 06202003 | 1127 | TEXT | ORDER FROM SUPREME COURT STAYING CASE PENDING | MMC |
| 06202003 | 1127 | TEXT | DISPOSITION OF PETITON FOR WRIT OF MANDAMUS | MMC |
| 07142003 | 0935 | TEXT | RESPONDENTS' ANSWER TO PETITION FOR WRIT OF | MMC |
| 07142003 | 0935 | TEXT | MANDAMUS & BRIEF | MMC |
| 07282003 | 0922 | TEXT | COPY OF PETITIONER'S REPLY BRIEF TO BRIEF IN | MMC |
| 07282003 | 0922 | TEXT | OPPOSITION TO PETITION FOR WRIT OF MANDAMUS | MMC |
| 10212003 | 0910 | APPL | APPEALED ON: 04/03/2003 IN SUPREME COURT (AV01) | MMC |
| 10242003 | 1100 | TEXT | CERTIFICATE OF JUDGMENT FROM SUPREME COURT GRANTIN | MMC |
| 10242003 | 1100 | TEXT | WRIT OF MANDAMUS & ORDERING CIRCUIT COURT TO | MMC |
| 10242003 | 1100 | TEXT | REINSTATE SIROTE & PERMUTT | MMC |
| 01072004 | 1155 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 01162004 | 0816 | TEXT | NOTICE OF SERVICE OF DISCOVERY--THIRD SET OF | JUJ |
| 01162004 | 0816 | TEXT | INTERROGATORIES AND REQUEST FOR PRODUCTION OF | JUJ |
| 01162004 | 0816 | TEXT | DOCUMENTS/THINGS TO PLAINTIFF FILED BY C LEE | JUJ |
| 01162004 | 0816 | TEXT | REEVES | JUJ |
| 01212004 | 1107 | TEXT | FIRST AMENDED ANSWER FILED BY ATTY REEVES | MMC |
| 01262004 | 1406 | TEXT | PLAINTIFF'S MOTION FOR SANCTIONS OR FOR DEFAULT JU | MMC |
| 01282004 | 1159 | TEXT | MOTION FOR PRETRIAL CONFERENCE | MMC |
| 01282004 | 1159 | TEXT | RESPONSE TO TIFFIN FAMILY TO MOTION FOR SANCTIONS | MMC |
| 01282004 | 1159 | TEXT | FOR FOR DEFAULT JUDGMENT | MMC |
| 02052004 | 1358 | TEXT | PETITION FOR PRELIMINARY INJUNCTION, MOTION TO | MMC |
| 02052004 | 1358 | TEXT | STRIKE DEFENDANT'S AMENDED ANSWER, RULE 60(B) | MMC |
| 02052004 | 1358 | TEXT | RELIEF FROM JUDGMENT, PLAINTIFF'S REPLY TO TIFFIN | MMC |
| 02052004 | 1358 | TEXT | FAMILY'S RESPONSE TO MOT FOR SANCTIONS... | MMC |
| 02052004 | 1358 | TEXT | PLAINTIFF'S MOTION FOR AN EXPEDITED HEARING | MMC |
| 02092004 | 0803 | TEXT | SECOND AMENDED ANSWER FILED BY TIFFIN FAMILY | MMC |
| 02092004 | 1401 | TEXT | NOTICE OF INTENT FILED BY ATTY BADDLEY-5 | MMC |

| Date | Time | Type | Description | Code |
|---|---|---|---|---|
| 02102004 | 1144 | TEXT | THIRD AMENDED ANSWER FILED BY TIFFIN FAMILY, | MMC |
| 02102004 | 1144 | TEXT | RESPONSE TO TIFFIN DEFENDANTS TO MOTION TO | MMC |
| 02102004 | 1144 | TEXT | STRIKE AMENDED ANSWER | MMC |
| 02122004 | 1116 | TEXT | MOTION TO STRIKE DEFENDANTS' SECOND AMENDED ANSWER | MMC |
| 02172004 | 1357 | TEXT | OBJECTIONS OF DAVID TIFFIN & ROBERT TIFFIN | MMC |
| 02172004 | 1357 | TEXT | TO CIVIL SUBPOENA DIRECTED TO OSWALT CONSTRUCTION | MMC |
| 02262004 | 1402 | TEXT | TIFFIN DEFENDANTS' MOTION TO COMPEL ANSWERS TO | MMC |
| 02262004 | 1402 | TEXT | THIRD SET OF INTERR & REQ FOR PRODUCTION | MMC |
| 03012004 | 1327 | TEXT | PLAINTIFFS' SECOND AMENDED COMPLAINT | MMC |
| 03022004 | 1358 | TEXT | SUBPOENA ISSUED TO CITY AUTO PARTS INC, DBS SALES, | MMC |
| 03022004 | 1358 | TEXT | C-T CORPORATION SYSTEM, RENTAL DEPOT INC, BY | MMC |
| 03022004 | 1358 | TEXT | ATTY BADDLEY | MMC |
| 03032004 | 1256 | TEXT | PLAINTIFF'S RESPONSE TO TIFFIN FAMILY'S MOT TO | MMC |
| 03032004 | 1256 | TEXT | COMPEL ANSWERS TO 3RD SET OF INTERR & REQ PROD | MMC |
| 03092004 | 1001 | TEXT | SUBPOENA SERVED ON DBS SALES | MMC |
| 03112004 | 1123 | TEXT | SUBPOENA SERVED ON CITY AUTO PARTS INC | MMC |
| 03182004 | 1122 | TEXT | SUBPOENA RETURNED ON RENTAL DEPOT-BUSINESS CLOSED | MMC |
| 03242004 | 1237 | TEXT | AFFIDAVIT OF THOMAS E BADDLEY JR | MMC |
| 03252004 | 0931 | TEXT | RESPONSE OF TIFFIN MOTORS TO MOT FOR SANCTIONS | MMC |
| 03252004 | 0936 | TEXT | RESPONSE OF TIFFIN MOTORS TO MOTION FOR RELEIF | MMC |
| 03252004 | 0936 | TEXT | FROM JUDGMENT | MMC |
| 03292004 | 0821 | TEXT | SUBPOENA RETURNED ON C-T CORPORATION SYSTEM-NOT | MMC |
| 03292004 | 0821 | TEXT | FOUND | MMC |
| 04052004 | 0758 | TEXT | PLAINTIFF'S MOTION TO STRIKE | MMC |
| 04062004 | 1048 | TEXT | NOTICE OF SERVICE OF DISCOVERY BY ATTY REEVES | MMC |
| 04062004 | 1048 | TEXT | (4TH NOTICE OF DEPOSITION & REQ PROD) | MMC |
| 04092004 | 1348 | TEXT | SUBP. ISSUED ON WILLIAM BOULDIN,TONY HORTON,JIM | RIK |
| 04092004 | 1348 | TEXT | SHILLITO,DAVID HUMPHRIES,JIMMY JOHNSON,DAVID | RIK |
| 04092004 | 1348 | TEXT | SCRUGGS & DON LEWIS BY ATTY BADDLEY | RIK |
| 04142004 | 0941 | TEXT | SUBPOENA SERVED ON BRIAN THOMPSON, JIMMY JOHNSON,A | MMC |
| 04142004 | 0941 | TEXT | DAVID HUMPHRIES, TONY HORTON, DICKIE SPARKS, DON | MMC |
| 04142004 | 0941 | TEXT | LEWIS | MMC |
| 04192004 | 0705 | TEXT | MOTION FOR PROTECTIVE ORDER | MMC |
| 04192004 | 0941 | TEXT | SUBPOENA SERVED ON WILLIAM BOULDIN | MMC |
| 04192004 | 1004 | TEXT | SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR | MMC |
| 04192004 | 1004 | TEXT | RELIEF FROM JUDGMENT UNDER RULE 60(B)(6) | MMC |
| 04192004 | 1006 | TEXT | OBJECTION TO NOTICES OF DEPOSITION AND MOTION TO | MMC |
| 04192004 | 1006 | TEXT | QUASH NOTICES OF DEPO AND SUBPOENAS FILED BY REEVE | MMC |
| 04212004 | 1205 | TEXT | RESPONSE OF TIFFIN DEFENDANTS TO SUPPLEMENTAL | MMC |
| 04212004 | 1205 | TEXT | SUBMISSION IN SUPPORT OF MOTION FOR RELIEF FROM JU | MMC |
| 04212004 | 1536 | TEXT | SUBPOENA SERVED ON DAVID SCRUGGS | MMC |
| 05172004 | 0848 | TEXT | SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR | MMC |
| 05172004 | 0848 | TEXT | SANCTIONS | MMC |
| 05242004 | 0821 | TEXT | TIFFINS' RULE 37 MOTION FOR SANCTIONS AGAINST PLAI | MMC |
| 05252004 | 1119 | TEXT | TIFFINS' MOTION TO COMPEL PL TO SUBMIT TO DEPOSITI | MMC |
| 06022004 | 1113 | TEXT | TIFFINS' FIRST AMENDMENT TO RULE 37 MOTION | MMC |
| 06022004 | 1113 | TEXT | FOR SANCTIONS AGAINST PLAINTIFFS | MMC |
| 06082004 | 1455 | TEXT | PRICE'S RESPONSE TO THIRD SET OF INTERR & REQ PROD | MMC |
| 06082004 | 1502 | TEXT | TIFFINS' SECOND AMENDMENT TO RULE 37 SANCTION MOT | MMC |
| 06232004 | 1204 | TEXT | PLAINTIFF PRICE'S RESPONSE TO THIRD SET INT & REQ | MMC |
| 07012004 | 1321 | TEXT | PLAINTIFF HARP RESPONSES TO THIRD SET OF INTERR | MMC |
| 07012004 | 1321 | TEXT | & REQ PROD | MMC |
| 07282004 | 1156 | TEXT | PLAINTIFF VINSON'S RESPONSES TO THIRD SET OF | MMC |
| 07282004 | 1156 | TEXT | INTERROGATORIES & REQUEST FOR PRODUCTION | MMC |
| 07282004 | 1200 | TEXT | PLAINTIFF DEAN DEATON RESPONSES TO THIRD SET OF | MMC |
| 07282004 | 1200 | TEXT | INTERROGATORIES AND REQUESTS FOR PRODUCTION | MMC |
| 09292004 | 1206 | TEXT | MOTION FOR TRIAL SETTING AND TO ALLOW SPECIAL | MMC |

| | | | | |
|---|---|---|---|---|
| 09292004 | 1206 | TEXT | INTERROGATORY TO JURY | MMC |
| 09292004 | 1206 | TEXT | PLAINTIFF'S MOTION FOR STATUS CONFERENCE | MMC |
| 09292004 | 1206 | TEXT | NOTICE OF FILING AFFIDAVIT BY BADDLEY | MMC |
| 09302004 | 0815 | TEXT | ORDER | MMC |
| 09302004 | 0815 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 10062004 | 1049 | TEXT | NOTICE OF SERVICE OF DISCOVERY BY REEVES (5TH NOT | MMC |
| 10062004 | 1049 | TEXT | OF DEPOSITION AND REQ FOR PROD) | MMC |
| 10082004 | 1404 | TEXT | NOTICE TO COURT OF DEPOSITION SCHEDULE | MMC |
| 10122004 | 0914 | TEXT | RESPONSE AND OBJECTION OF TIFFIN FAMILY TO MOTION | MMC |
| 10122004 | 0914 | TEXT | FOR TRL SETTING AND TO ALLOW SPECIAL INTERROG. | MMC |
| 10122004 | 0915 | TEXT | NOTICE OF SERVICE OF DISCOVERY BY REEVES-DEPO | MMC |
| 10192004 | 0717 | TEXT | PLAINTIFF'S MOTION FOR STATUS CONF DENIED | MMC |
| 10212004 | 0840 | TEXT | JOINT MOTION TO MODIFY | MMC |
| 10222004 | 1434 | TEXT | PLAINTIFF'S OBJECTIONS TO NOTICES OF DEPOSITIONS | MMC |
| 10222004 | 1434 | TEXT | AND REQUEST FOR PRODCUTION | MMC |
| 10252004 | 1339 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 10252004 | 1339 | TEXT | JOINT MOTION TO MODIFY GRANTED | MMC |
| 10292004 | 1306 | TEXT | MOTION FOR RECONSIDERATION AND/OR CLARIFICATION | MMC |
| 11052004 | 1123 | TEXT | RESPONSE OF TIFFIN DEF TO MOTION FOR RECONSIDERATI | MMC |
| 11052004 | 1123 | TEXT | AND/OR CLARIFICATION | MMC |
| 11092004 | 1110 | TEXT | MOTION FOR EXTENSION OF TIME | MMC |
| 11102004 | 1402 | TEXT | MOTION FOR EXTENSION OF TIME GRANTED | MMC |
| 11102004 | 1402 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 11172004 | 1236 | TEXT | FOURTH AMENDED ANSWER BY TIFFINS | MMC |
| 12022004 | 0904 | TEXT | MOTION TO STRIKE/BADDLEY | MMC |
| 01102005 | 0810 | TEXT | STIPULATION FOR DISMISSAL WITH PREJUDICE | MMC |
| 01112005 | 0813 | TEXT | JUDGE'S ORDER--CASE DISMISSED WITH PREJUDICE. | MMC |
| 01112005 | 0813 | TEXT | COURT COSTS TAXED AS PAID. | MMC |
| 01122005 | 0814 | STAT | CASE ASSIGNED STATUS OF: DISPOSED (AV01) | MMC |
| 01122005 | 0814 | CACJ | COURT ACTION JUDGE: SHARON D HINDMAN (AV01) | MMC |
| 01122005 | 0814 | DISP | DISPOSED ON: 01/12/2005 BY (DISM W/PREDJ) (AV01) | MMC |
| 01122005 | 0814 | PDIS | C001 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | C002 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | C003 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | C004 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | C005 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | C006 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | C007 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | D001 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | D002 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | D003 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | D004 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | D005 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | D006 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0814 | PDIS | D007 DISPOSED BY (DISM W/PREDJ) ON 01/12/2005 | MMC |
| 01122005 | 0833 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 02172005 | 1157 | TEXT | MOTION TO RELEASE FUNDS | MMC |
| 02232005 | 0854 | TEXT | ORDER TO RELEASE FUNDS | MMC |
| 02232005 | 0854 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | MMC |
| 02242005 | 0919 | PART | BADDLEY & MAURO LLC ADDED AS T001 (AV02) | VES |