# EXHIBIT D

**Price's petition, schedules and disclosures**

The petition, schedules and disclosures are in the court file in the United States Bankruptcy Court, Middle District of Alabama, under case # 02-30767.