# EXHIBIT F

# Price deposition given in the Franklin County litigation

**FOSHEE & TURNER COURT REPORTERS**

1

IN THE CIRCUIT COURT

OF FRANKLIN COUNTY, ALABAMA

| | | |
|---|---|---|
| GRADY PRICE, et al, | ) | CASE NUMBER: |
| | ) | |
| PLAINTIFFS, | ) | CV-01-223 |
| | ) | |
| VS. | ) | |
| | ) | |
| TIFFIN MOTOR HOMES, INC., | ) | DEPOSITION OF: |
| et al, | ) | STEPHEN LEE |
| | ) | PRICE |
| DEFENDANTS. | ) | |

DEPOSITION OF: STEPHEN LEE PRICE

In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as amended, effective May 15, 1988, I, Kathy B. Haynes, am hereby delivering to C. Lee

1933 Richard Arrington, Jr. Boulevard South * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

COPY

FOSHEE & TURNER COURT REPORTERS

2

1  Reeves, the original transcript of the oral
2  testimony taken on the 28th day of October,
3  2004, along with exhibits.
4         Please be advised that this is
5  the same and not retained by the Court
6  Reporter, nor filed with the Court.
7
8
9
10              STIPULATIONS
11         It is stipulated and agreed, by
12  and between the parties through their
13  respective counsel, that the deposition of
14  STEPHEN LEE PRICE, may be taken before Kathy
15  B. Haynes, Commissioner for the State of
16  Alabama, in the Cullman Room of the Holiday
17  Inn Express, 2052 Hays Drive, Cullman,
18  Alabama, on the 28th day of October, 2004,
19  commencing at or about 9:20 o'clock A.M.
20         It is further stipulated and
21  agreed by and between counsel representing
22  the parties that the filing of this
23  deposition is hereby waived and that the said

1933 Richard Arrington, Jr. Boulevard South * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

**FOSHEE & TURNER COURT REPORTERS**

3

1  deposition may be introduced at the trial of
2  this case, or used in any other manner by
3  either party hereto provided for by statute,
4  regardless of the waiving of the filing of
5  the same.
6       It is further stipulated and
7  agreed that it shall not be necessary for
8  any objections to be made by counsel as to
9  any questions, except as to form or
10 leading questions, and that counsel for
11 the parties may make objections and
12 assign grounds at the time of the trial,
13 or at the time said deposition is offered
14 in evidence, or prior thereto.

1933 Richard Arrington, Jr. Boulevard South * Birmingham, AL  35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

7

1          I, Kathy B. Haynes, a Court
2  Reporter and Commissioner for the State
3  of Alabama at Large, certify that on
4  this date, as provided by the Alabama
5  Rules of Civil Procedure, and the
6  foregoing stipulation of counsel, there
7  came before me, STEPHEN LEE PRICE, witness in
8  the above styled cause, for oral examination,
9  whereupon the following proceedings were
10 had as follows, to wit:
11
12
13
14          STEPHEN LEE PRICE,
15 being first duly sworn, was examined and
16 testified as follows:
17
18 DIRECT EXAMINATION
19 BY MR. REEVES:
20    Q.   Would you state your name and
21 address, please?
22    A.   Stephen Lee Price, 2252 Country Club
23 Drive, Montgomery, Alabama, 36101.

1933 Richard Arrington, Jr. Boulevard South * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

8

```
 1      Q.   Mr. Price, what do you do for a
 2   living?
 3      A.   I work for a trucking company.
 4      Q.   Which one?
 5      A.   Henner Transportation.
 6      Q.   And what do you do there?
 7      A.   I do a little bit of everything,
 8   mostly sales marketing, comptroller.
 9      Q.   Are you an owner of that?
10      A.   No.
11      Q.   Just an employee?
12      A.   Correct.
13      Q.   And how old are you?
14      A.   Thirty-nine.
15      Q.   And are you the son of Grady Price?
16      A.   Yes, sir.
17      Q.   Do you own stock in Tiffin Motor
18   Homes?
19      A.   Yes, sir.
20      Q.   How long have you held and owned
21   stock in Tiffin Motor Homes?
22      A.   Since 1996.
23      Q.   How did you acquire that?
```

1933 Richard Arrington, Jr. Boulevard South * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

**FOSHEE & TURNER COURT REPORTERS**

9

1   A.   From my mother, who is deceased.
2   Q.   How?
3   A.   Through a Will.
4   Q.   Through a Will?
5   A.   Yes.
6   Q.   And how many shares of stock do you
7   own?
8   A.   Two hundred and fifty.
9   Q.   Now, have you ever tried to sell or
10  convey that stock in Tiffin Motor Homes?
11  A.   I have.
12  Q.   When? Tell me the circumstances, in
13  other words, of that.
14  A.   I believe in 2002 I contacted Bob
15  Tiffin in an effort to sell it and he said I
16  had to go through the stock transfer
17  agreement and he declined to buy it.
18  Q.   Did you ever have any sort of an
19  offer from anyone else to buy your stock?
20  A.   No. No, sir.
21  Q.   Did you offer to sell it to Bob
22  Tiffin at a specific price?
23  A.   As I recall, I believe it was the