# EXHIBIT G

# Price affidavit

STATE OF __Alabama__)

COUNTY OF __Jefferson__)

## AFFIDAVIT

Before me, the undersigned Notary Public, in and for the County and State aforesaid, personally appeared the undersigned (hereinafter referred to as "Affiant"), who is known to me and, being by me first duly sworn, deposes and says:

That Affiant is the legal and beneficial owner of Two Hundred Fifty (250) shares of the Common capital stock of **Tiffin Motor Homes, Inc.** (the "Corporation"), a corporation organized and existing under the laws of the State of Alabama, represented by Certificate No. 24;

That the Certificate for said shares has been lost and was not endorsed;

That Affiant is entitled to the full and exclusive possession of the said Certificate;

That the circumstances concerning the loss of the Certificate are unknown and that every effort has been made to locate the Certificate;

That Affiant shall immediately surrender to the Corporation the lost Certificate if it hereafter comes into the possession of Affiant;

That Affiant knows of no reason that would influence the Corporation to make transfer to any person holding the lost Certificate;

That Affiant does hereby indemnify and hold harmless the Corporation, its successors and assigns, from and against, and to reimburse it for any and all claims, suits, actions, losses, damages, liabilities, costs expenses and deficiencies, including interest, penalties and attorneys' fees reasonably incurred by the Corporation relating to any action brought against the Corporation for failing to transfer, exchange or pay for the lost Certificate; and

That the information contained in this Affidavit is true and correct to Affiant's best knowledge.

Dated this __7__ day of __Jan__, 200__5__.

_____
Stephen Price, Affiant

Sworn to and subscribed before
me on this the __3rd__ day of
__January__, 200__5__.

_____
Notary Public
My Commission Expires:
__4-17-07__

DOCSBHM\1231642\1\

## ASSIGNMENT SEPARATE FROM CERTIFICATE

FOR VALUE RECEIVED, I, the undersigned, hereby sell, assign, transfer, and set over unto **TIFFIN MOTOR HOMES, INC.**, **Two Hundred Fifty and No/100 (250.00)** shares of the Common Capital Stock of **TIFFIN MOTOR HOMES, INC.** ("the Corporation"), standing in my name on the books of the Corporation represented by **Certificate No. 24** herewith, and do hereby irrevocably constitute and appoint Joseph S. Bluestein as attorney to transfer the said stock on the books of the Corporation with full power of substitution in the premises.

DATED the 7 day of JAN, 2005.

_____
Stephen Price

IN PRESENCE OF:

_____

DOCSBHM\1231621\1\

