# EXHIBIT I

# Trustee's affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SUSAN SHIROCK DEPAOLA, IN HER OFFICIAL CAPACITY OF TRUSTEE FOR THE BANKRUPTCY ESTATE OF STEVEN L. PRICE,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. PRICE and STARLA WATSON PRICE FRAZER,<br><br>Defendants.<br><br>V.<br><br>BADDLEY & AURO, LLC, and THOMAS E. BADDLEY, SUSAN S. DEPAOLA,<br><br>Counter Defendants. | CASE NO 06-03317-MHT |

## AFFIDAVIT OF SUSAN S. DEPAOLA

Susan DePaola has been on a family vacation and will return to her office on Monday June 19, 2006. She will sign her affidavit and the affidavit will be substituted under Exhibit "I".