IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>STEPHEN L. PRICE, )<br>)<br>   Debtor. )<br>)<br>SUSAN S. DePAOLA, )<br>Trustee, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>STEPHEN L. PRICE and )<br>STARLA WATSON PRICE )<br>FRAZER, )<br>)<br>   Defendants. )<br>)<br>   v. )<br>)<br>BADDLEY & AURO, LLC, )<br>and THOMAS E. BADDLEY, )<br>)<br>   Counter-Defendants. ) | CIVIL ACTION NO.<br>2:06mc3317-MHT |

**ORDER**

It is ORDERED that the motion for leave to supplement and amend (doc. no. 16) is granted.

DONE, this the 23rd day of June, 2006.

                  /s/ Myron H. Thompson
               **UNITED STATES DISTRICT JUDGE**